# DF/HCC
## DANA-FARBER / HARVARD CANCER CENTER

UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS
MASTER FILE NO. 01-CV-10861-RGS

RE: FINAL DISBURSEMENT AND ALLOCATION OF LUPRON® FUNDS TO DANA-FARBER/HARVARD CANCER CENTER (DF/HCC) AND THE PROSTATE CANCER FOUNDATION (PCF) MAZZONE AWARDS PROGRAM

Boston, Massachusetts

March 5, 2014

Honorable Judge Richard G. Stearns:

As noted in the enclosed Programmatic Report dated March 5 2014, effective as of 2013, the Mazzone Program allocated all funds as approved by the Curt and the Program's Scientific Advisory Board. It is estimated that the residual funding remaining is $160,000 in direct costs over the funds approved for Mazzone Program grant distributions as of 2013. We respectfully request your approval to allocate said residual funds through an additional RFA process in 2014.

The Court disbursed two payments of $4,000,000 each in November 2010 and November 2012. Contingent upon a satisfactory report of scientific progress and accounting in September 2014, it is estimated that the Court will disburse a final payment from the Lupron Settlement Pool for $3,700,000. The grand total estimated amount of $11,700,000 less 10% DF/HCC indirect cost assessment provides $10,530,000 for direct costs of Mazzone Program awards. As of 2013, the Program funded a total of $10,370,000 through its various awards mechanisms; this leaves an estimated amount of $160,000 over the total estimated amount for direct costs (the table below provides a summary of the approved an executed funds distribution).

The Mazzone Program hereby requests your approval to allocate the remaining $160,000 funding amount to be distributed by the Program in 2014. If approved, DF/HCC will issue a 2014 RFA to solicit applications under the mechanisms of Community Outreach and Disparities Research. This Request for proposals will use RFA materials and the applications review process used in the past three years for these mechanisms. This will enable the Program to fund two additional grants of up to $70,000 (one grant for each mechanism) in 2014. The program is also requesting authorization from the Court to allocate the remaining $20,000 to provide additional funding to the Student Training mechanism through the DF/HCC CURE Program – justification for the use of funds for the CURE program is provided in the Programmatic Report cited above.

Respectfully yours,

Philip Kantoff, MD

1





## DF/HCC
### DANA-FARBER / HARVARD CANCER CENTER

### Grant Awards Approved by the Court

| | |
|---|---:|
| Lupron Fund Total Grant Amount | 11,700,000 |
| DF/HCC Indirect Cost Assessment 10% | 1,170,000 |
| **Grant Amount Available for Direct Cost of Grants** | **10,530,000** |
| Actual Amount of Grants Distributed as of Year 2013 (Detail Below) | 10,370,000 |
| Amount Pending Allocation to a Grant Mechanism as of Year 2013 | 160,000 |

Original List of Grants with Revision Approved By the Court in 2012

| Award Category | Amount | Number of Awards | Total Allocation |
|---|---:|---:|---:|
| Career Development | 100,000 | 6 | 600,000 |
| Community Outreach | 100,000 | 4 | 400,000 |
| Disparities Research | 100,000 | 5 | 500,000 |
| High Impact Award (Original Number was 5) | 500,000 | 4 | 2,000,000 |
| Lupron-Treatable Diseases and Conditions | 100,000 | 3 | 300,000 |
| Project Development | 100,000 | 9 | 900,000 |
| Student Training | 160,000 | 1 | 160,000 |
| New (2012): High Impact Clinical Trials (1 reallocated from High Impact) | 500,000 | 1 | 500,000 |
| New (2012): Seed Funding - Community Outreach Proposal Development | 10,000 | 1 | 10,000 |
| **DF/HCC Subtotal** | | | **5,370,000** |
| Prostate Cancer Foundation Special Challenge Awards | 1,000,000 | 5 | 5,000,000 |
| **Total Grants Funded** | | | **10,370,000** |

Notes: in 2012, the Court authorized the DF/HCC contingent of the Mazzone Program to create a new award category for "High Impact Clinical Trials" by reallocating one of the originally approved "High Impact Awards". This new award was advertised in 2012 and 2013 and an award was issued in 2013. A one-time seed funding grant was awarded to Dr. Glenn Bubley in 2012. The deliverable, which was received in a timely manner, was a reviewed and improved grant application from the one submitted in 2011.

Beth Israel Deaconess Medical Center • Brigham and Women's Hospital • Children's Hospital Boston
Dana-Farber Cancer Institute • Harvard Medical School • Harvard School of Public Health • Massachusetts General Hospital

