UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MDL NO. 1430

MASTER FILE NO. 01-CV-10861-RGS

IN RE: LUPRON® MARKETING AND
SALES PRACTICES LITIGATION

ORDER FOR ISSUANCE OF CY PRES
PAYMENT TO DANA FARBER CANCER INSTITUTE
IN SUPPORT OF THE MAZZONE AWARDS PROGRAM

January 13, 2015

STEARNS, D.J.

On August 6, 2010, this court awarded the surplus funds from the Lupron® Class Settlement Pool to Dana-Farber/Harvard Cancer Center (DF/HCC) and the Prostate Cancer Foundation (PCF) to be distributed according to the terms of the proposal submitted to the court on May 20, 2010, as approved and modified by the court. The Mazzone Awards Program now supports the work of 137 investigators worldwide who are involved in thirty-eight separate prostate cancer and related research projects. To further this work, the court directs the Court Registry Investment System to issue a check in the amount of $2,000,000.00 to Dana Farber Cancer Institute d/b/a Dana-Farber/Harvard Cancer Center to be deposited into a dedicated account and used for the purposes

identified in the court's August 6, 2010 Order. The court will disperse the balance of the fund upon its approval of the next research progress and accounting report in December of 2015, holding back a small amount pending any administrative issues, until DFCI's final reconciliation of the awarded funds.

SO ORDERED.

/s/ Hon. Richard G. Stearns
UNITED STATES DISTRICT JUDGE