UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

M.D.L. NO. 1430
CIVIL ACTION NO. 01-10861

IN RE LUPRON® MARKETING AND
SALES PRACTICES LITIGATION

SUPPLEMENTAL ORDER

December 22, 2015

STEARNS, D.J.

The Court ORDERS that the Court Registry Investment System issue a check – as its next to last disbursement of the funds in this case – in the amount of $1,585,000.00, made payable to Dana Farber Cancer Institute.

SO ORDERED.

/s/ Richard G. Stearns
United States District Judge