UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MDL NO. 1430
MASTER FILE NO. 01-CV-10861-RGS

IN RE: LUPRON® MARKETING AND
SALES PRACTICES LITIGATION

ORDER FOR ISSUANCE OF CY PRES
PAYMENT TO DANA FARBER CANCER INSTITUTE
IN SUPPORT OF THE MAZZONE AWARDS PROGRAM

May 3, 2018

STEARNS, D.J.

On May 1, 2018, the court granted Dana-Farber/Harvard Cancer Center (DF/HCC) and the Prostate Cancer Foundation's (PCF) request to extend the end date of the Mazzone Program to September 30, 2019, and to use unspent funding to support further research. The unspent funds held by the court from the Lupron® Class Settlement Pool surplus is currently $101,456.57. The court ORDERS the Court Registry Investment System to issue a check in the amount of $50,728.29 to Dana Farber Cancer Institute d/b/a Dana-Farber/Harvard Cancer Center to be deposited into a dedicated account and used for the purposes set out in DF/HCC and PCF's April 30, 2018 proposal. *See* Dkt #592 at 3-4. The court will disperse the balance of

the funds upon its approval of the final research progress and accounting report (due September 30, 2019).

SO ORDERED.

/s/ Hon. Richard G. Stearns
UNITED STATES DISTRICT JUDGE